## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### OFFICE OF THE CLERK
### 600 WEST CAPITOL AVENUE
### SUITE A149
### LITTLE ROCK, ARKANSAS  72201

JAMES W. McCORMACK  
CLERK
(501)604-5351

June 29, 2016

*Via Certified Mail:* 7003 3110 0000 4622 4890

Diane Willcutt  
Pope County Circuit Clerk  
100 West Main  
Russellville, Arkansas 72801

Re:  Davis Neurology PA v. DoctorDirectory.com LLC, et al.  
U.S. District Court No: 4:16-cv-00095-BSM  
Pope County Court No: 58cv-2016-40

Dear Ms. Willcutt:

Attached is a certified copy of an Order dated June 29, 2016, signed by Chief Judge Brian S. Miller, that remands the above-styled matter to Pope County Circuit Court.  Also enclosed is a certified copy of the docket sheet from our court and copies of all documents that have been filed in this matter since its removal from Pope County Circuit Court.

If you have any questions regarding this matter, please call me at 501-604-5364.

Sincerely,

JAMES W. McCORMACK, CLERK

By  *Laura Bichlmeier*  
Laura Bichlmeier, Deputy Clerk

Enclosures